**VELVA L. PRICE, District Clerk, Travis County Courthouse, Third Floor**

# RECEIPT AND EXECUTION OF MANDATE FROM
# THE COURT OF APPEALS
# BY THE CRIMINAL DISTRICT CLERK

Mr. Jeffrey D. Kyle, Clerk                                   December 21, 2015
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas  78711-2547

Criminal Division
P.O. Box 679004,
Austin, Texas, 78767

FILED

*December 21, 2015*

**Third Court of Appeals
Jeffrey D. Kyle
Clerk**

Re:     No.  ~~03-13-00302-CR~~     03-13-00723-CR
        (Trial Court No.D-1-DC-13-904021)

Styled: **CHARLES ANTHONY MALOUFF JR**
        vs.
        The State of Texas

Dear Mr. Kyle:

Pursuant to Texas Rule of Appellate Procedure 87(b)(1), I hereby forward my acknowledgment of the receipt and the execution of the mandate on **DECEMBER 21, 2015** from the Court of Appeals in the above cause.  The official execution of this mandate is recognized by the Travis County Sheriff whereas the capias after mandate, official notice of mandate, or transfer of inmate to proper authorities, has been executed and or is in the process of being executed hereby placing the defendant within the proper jurisdiction of the trial court.

                        Respectfully,

                        **VELVA L. PRICE**
                        District Clerk
                        Travis County, Texas

By: _____
    Deputy, JESSICA CONTRERAS

                                        C23 - 000001068